AUSTIN J. MEAGHER v. M. H. SCHUSSLER and Others.[2]

December 11, 1908.

Nos. 15,783—(103).

Action in the district court for St. Louis county by a taxpayer against the board of trustees of School District No. 19 in that county for an injunction restraining them from issuing and executing any bonds, orders of any kind, or form of indebtedness, by reason of any action taken at a certain special school·election in that school district held on January 18, 1908, the district having voted to issue its bonds to the amount of $15,000. At the hearing upon an order to show cause the temporary restraining order was discharged, Cant, J. From the order discharging the restraining order, plaintiff appealed. Affirmed.

*H. H. Hawkins* and *A. T. Park,* for appellant.
*H. G. Gearhart* and *C. B. Miller,* for respondents.

[1] Reported in 118 N. W. 686.   [2] Reported in 118 N. W. 664.

PER CURIAM.

This is an appeal from an order discharging a restraining order and denying an application for a temporary injunction to restrain a school district from issuing bonds because of certain alleged irregularities in the election. An order granting, refusing, or dissolving a temporary injunction pendente lite rests in judicial discretion, and unless there has been an abuse of such discretion the court will not interfere. Gorton v. Town of Forest City, 67 Minn. 36, 69 N. W. 478.

The discretion was not abused in this instance, and the order is therefore affirmed.

Order affirmed.